Summons and Notice of Status Conference - Page Two (2)

F 7004-1

| In Re: | | CHAPTER 13 |
|---|---|---|
| Tu Kim Nguyen | Debtor. | CASE NUMBER: 8:10-bk-23006-RK |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF **Westminster**

1. I am employed in the County of **Westminster**, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

   **15361 Brookhurst St., Suite. 205, Westminster, CA 92683**

2. ☑ **Regular Mail Service:** On **DEC. 10, 2010**, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **Westminster** California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

   **OneWest Bank, FSB.**
   **6900 Beatrice Drive**
   **Kalamazoo, MI 49009**

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **DEC. 10, 2010**

__NGUYEN H. NGUYEN__   _____
Type Name                Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| Law Offices of Nguyen H. Nguyen<br>15361 Brookhurst St., Suite 205<br>Westminster, CA 92683<br>714-775-4529<br>714-775-4527 (F)<br>E-mail: nhn97@aol.com<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Tu Kim Nguyen<br><br>                                       Debtor. | CHAPTER   13<br>CASE NUMBER: 8:10-bk-23006-RK<br>ADVERSARY NUMBER 8:10-01588 RK |
|---|---|
| TU KIM NGUYEN, an Individual,                         Plaintiff(s),<br><br>VS.<br><br>ONEWEST BANK, FSB.; All Entities claiming<br>ownership of the Promissory Note that secured by the    Defendant(s)<br>Deed of Trust; and DOES 1 - 50, Inclusive, | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF<br>STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __January 10, 2011__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

> Hearing Date: __3-1-2011__   Time: __1:30 p.M.__   Courtroom: __5D__   Floor: __5Th__
>
> ☐ 255 East Temple Street, Los Angeles                ☑ 411 West Fourth Street, Santa Ana
> ☐ 21041 Burbank Blvd., Woodland Hills                ☐ 1415 State Street, Santa Barbara
> ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specifed, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __December 9, 2010__

Jon D. CERETTO
Clerk of the Bankruptcy Court

By: ___Elizabeth Hunter___
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                                                                          F 7004-1

BK-132
NGUYEN H. NGUYEN, Bar No. 213366
Law Offices of Nguyen H. Nguyen
15361 Brookhurst Street, Suite 205
Westminster, CA 92683
Telephone: (714) 775-4529
Fax: (714) 775-4527
E-Mail: nhn97@aol.com

Attorney for Debtor, TU KIM NGUYEN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: TU KIM NGUYEN, Debtor. | Chapter 13<br>Case No. 8:10-bk-23006-RK |
| TU KIM NGUYEN, an Individual,<br>Plaintiff,<br>vs.<br>ONEWEST BANK, FSB.; All Entities claiming ownership of the Promissory Note that secured by the Deed of Trust; and DOES 1 – 50, Inclusive,<br>Defendant(s). | ADVERSARY PROCEEDING<br>Adv. No.:_____<br>**COMPLAINT TO DETERMINE THE NATURE, EXTENT & VALIDITY OF LIEN AND TO DISALLOW SECURED CLAIM -- INJUNCTIVE RELIEF; QUIET TITLE; VIOLATION OF THE TRUTH IN LENDING ACT** |

COMES NOW, Debtor TU KIM NGUYEN, (hereinafter referred to as "Plaintiff") for her causes of action against Defendant named herein, respectfully alleges on knowledge with respect to her own acts and on information and belief, states as follows:

---

1

**COMPLAINT TO DETERMINE THE NATURE, EXTENT & VALIDITY OF LIEN AND TO DISALLOW SECURED CLAIM**